**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1808**

In re: YOSEF AMIEL HANDY,

Petitioner.

On Petition for Writ of Mandamus.
(1:18-cv-00878-TDS-JEP)

Submitted: November 26, 2019                    Decided: December 9, 2019

Before KING, KEENAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Yosef Amiel Handy, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yosef Amiel Handy petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on October 4, 2019, the district court denied the petition.

Accordingly, because the district court has recently decided Handy's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*